# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NEW YORK 10589-2305
TEL: (914) 644-6660    E-MAIL: ATTRNYLWYR@YAHOO.COM    FAX: (914) 694-1647

June 5, 2019

Hon. Christine Arguello
U.S. District Judge
District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

    Re:   United States v. Davis, et al., 1:09-cr-00266
             Walker v. United States, 1:15-cv-02223

Your Honor:

    I am the retained counsel for the Movant, Colorado Springs Fellowship Church. See Dkt. Entry No. 1128 (*United States v. Davis*), Dkt. Entry No. 6 (*Walker v. United States*).

    As you are aware, on January 23rd, 2019, the Order and Judgment of the Tenth Circuit Court of Appeals, in *United States v. Walker*, 761 Fed. App'x 822 (Dkt. Nos. 17-1415, 18-1273), was duly entered in this Court's Docket. See Dkt. Entry Nos. 1124, 1126. As directed by the Court of Appeals, it "VACATE[d] the district court's order [*i.e.*, this court's Order] denying the CSFC's motion to unseal and remand[ed] for further proceedings consistent with this Order." See *United States v. Walker*, 17-1415, 18-1273 at pp. 31-32 (10th Cir. Jan. 23, 2019).

    As counsel for the Movant, CSFC, it is respectfully requested that the Court direct the Court Reporter and the Clerk of the Court to release the subject transcript to the Movant's Counsel. In addition, it is acknowledged that the Court of Appeals confined itself to the transcript, *viz.*,
> on appeal, the CSFC does not specifically argue that the district court's failure to address its motion relative to sealed documents other than the transcript was error. Thus, we confine our analysis to what the district court did decide — that the transcript of the hearing would not be unsealed.

See *United States v. Walker, supra*, at n. 10.

Hon. Christine Arguello
U.S. District Judge, District of Colorado
Re:   *United States v. Davis* (1:09-cr-00266),
        *Walker v. United States* (1:15-cv-02223)
05 June 2019 — page two

    Nevertheless, it is respectfully requested that the Court direct the Clerk to provide copies of all sealed documents to the Movant's Counsel, subject to any basis for withholding such disclosure, under applicable statutory and case law.

                                        Respectfully submitted,

                                        /s/ Bernard V. Kleinman
                                        Bernard V. Kleinman
                                        Attorney for Movant Colorado
                                                  Springs Fellowship Church

cc:   All Counsel of Record by ECF
        Clerk of the Court, U.S. District Court, D. Colo.
        Darlene Martinez, Court Reporter (by email:
                *Darlene_Martinez@cod.uscourts.gov*)