IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
====================================  :
UNITED STATES OF AMERICA,             :
        Plaintiff,                    :
                                      :
    — versus —                        :      1:09-cr-00266 (CMA)
                                      :      1:15-cv-02223 (CMA)
DAVID BANKS, et al.,                  :
        Defendant,                    :
COLORADO SPRINGS FELLOWSHIP           :
CHURCH,                               :
        Movant.                       :
====================================  :
```

## MOTION TO DIRECT COURT REPORTER TO PROVIDE TRANSCRIPT TO MOVANT, AND TO UNSEAL ALL DOCUMENTS SUBMITTED THEREIN

Comes now the Movant, COLORADO SPRINGS FELLOWSHIP CHURCH, by and through its counsel of record, Bernard V. Kleinman, Esq., an attorney duly admitted to practice law before the Bar of this Court,

Seeking an Order from this Court:

1. Directing the Court Reporter to provide a certified copy of the transcript of the habeas corpus proceedings, as set forth in *Walker v. United States*, 1:15-cv-02223 (CMA),

2. Directing the Clerk of the Court to unseal all documents and other records as submitted in the proceeding, *Walker v. United States*, 1:15-cv-02223 (CMA), and

3. For such other and further relief as this Court shall deem just and proper.

On January 23rd, 2019, the Order and Judgment of the Tenth Circuit Court of Appeals, in *United States v. Walker*, 761 Fed. App'x 822 (Dkt. Nos. 17-1415, 18-1273),

was duly entered in this Court's Docket.  See Dkt. Entry Nos. 1124, 1126.  Annexed hereto as Exhibit 1 is the opinion therein.

As directed by the Court of Appeals to this Court, it "VACATE[d] the district court's order [*i.e.*, this court's Order] denying the CSFC's motion to unseal and remand[ed] for further proceedings consistent with this Order."  See *United States v. Walker*, 17-1415, 18-1273 at pp. 31-32 (10th Cir. Jan. 23, 2019).

As such, Movant, COLORADO SPRINGS FELLOWSHIP CHURCH, seeks an immediate Order from this Court directing the Court Reporter to provide a certified copy of the aforesaid transcript to the Movant's Counsel.

Furthermore, it is respectfully requested that the Court direct the Clerk of the Court to provide to counsel for the Movant, a copy of all of the Exhibits, Documents, and other Pleadings as submitted in the aforesaid action, that are currently under Seal.

It is acknowledged that the Court of Appeals confined itself to the transcript in its direction to this Court to release the record, *viz.*,

> on appeal, the CSFC does not specifically argue that the district court's failure to address its motion relative to sealed documents other than the transcript was error.  Thus, we confine our analysis to what the district court did decide — that the transcript of the hearing would not be unsealed.

See *United States v. Walker, supra*, at n. 10.

Nevertheless, the same principles and reasoning that the Court of Appeals relied upon in vacating the Order regarding the access to the transcript applies to all other documents, exhibits and pleadings as submitted to this Court in the aforesaid habeas corpus petition.

Dated: 09 June 2019
      Somers, NY

Respectfully submitted,
Law Office of Bernard V. Kleinman, PLLC


/s/ *Bernard V. Kleinman*
Bernard V. Kleinman, Esq.
Attorney for Movant Colorado Springs
        Fellowship Church
108 Village Square
Suite 313
Somers, NY 10589-2305
Tel. 914.644.6660
Fax 914.694.1647
Email: attrnylwyuer@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

I do hereby Certify, under penalty of perjury, hat on the 9th day of June, 2019, I did serve the within Motion, Proposed Order and Exhibit, upon all counsel of record by electronic filing with this Court's ECF system.

Dated: 09 June 2019
       Somers, NY

                                       Respectfully submitted,
                                       Law Office of Bernard V. Kleinman, PLLC

                                       <u>/s/ *Bernard V. Kleinman*</u>